_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
August 13, 2019

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 19-15172-abl |
| NATIONAL MERCHANDISING SERVICES, LLC, | Chapter 11 |
| Debtor. | Hearing Date: September 25, 2019<br>Hearing Time: 1:30 p.m. |

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a status conference is scheduled for **September 25, 2019 at 1:30 p.m.**, pursuant to 11 U.S.C. § 105(d), in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Third Floor, Courtroom #1, Las Vegas, Nevada, 89101 ("Status Conference").

**IT IS FURTHER ORDERED** that **on or before 5:00 p.m. prevailing Pacific Time on Friday, September 20, 2019** debtor **shall file** a status report on efforts to develop a plan of reorganization, including as estimate of when a plan will be filled, and any reason why the filing of a plan may be delayed.  The status report **shall include** a proposed budget.  The status report, including the budget, is limited to five pages.

The Court may make any other orders as are appropriate and authorized under 11 U.S.C. § 105(d)(2) at the Status Conference.

/ / /

1 | Copies sent to all parties via CM/ECF Electronic Filing.
2 | # # #