NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NATIONAL MERCHANDISING SERVICES, LLC

          Debtor(s)

BK−19−15172−abl
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by WILL B. GEER is **GRANTED**.

Dated: 8/30/19

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court