GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NATIONAL MERCHANDISING SERVICES, LLC<br><br>☐ Affects this Debtor.<br><br>☒ Affects all Debtors.<br><br>☐ Affects Edward Steven Burdekin.<br><br>☐ Affects National Store Retail Services, LLC. | Case No.: BK-19-15172-ABL<br>Chapter 11<br><br>Jointly administered with:<br><br>Edward Steven Burdekin,<br>    Case No. BK-19-15175-ABL; and<br><br>National Store Retail Services, LLC,<br>    Case No. BK-19-15174-ABL<br><br>Date:  N/A<br>Time:  N/A<br>Place: 300 Las Vegas Blvd.<br>       Las Vegas, NV<br>       Courtroom 1 |

**STIPULATION TO EXTEND TIME TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASE**

IT IS HEREBY STIPULATED and AGREED, by and between National Merchandising Services, LLC ("NMS"), by and through their counsel, the law firm of Garman Turner Gordon LLP, and Edward Steven Burdekin ("Burdekin") and National Store Retail Services, LLC ("NSRS," and together with NMS, the "Parties"), by and through their counsel as follows:

WHEREAS, NMS is the lessee under a non-residential property lease (the "Lease"), by which NMS/NSRS leases the real property located at 350 Stonewall Avenue West, Fayetteville, GA 30214.

WHEREAS, on August 10 and 11, 2019, NMS and NSRS filed their respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code, thereby commencing the bankruptcy cases (the "Chapter 11 Cases").

WHEREAS, pursuant to 11 U.S.C. § 365, the deadline for NMS and NSRS to assume or reject the Lease in the Chapter 11 Cases is December 9, 2019 ("Assumption Deadline").

WHEREAS, the Parties have met and conferred and agree to extend the Assumption Deadline.

NOW, THEREFORE, the Parties stipulate and agree that the Assumption Deadline is extended to the sooner to occur of confirmation of a plan of reorganization in the Chapter 11 Cases or March 9, 2020.

Dated this 9th day of December, 2019.

| GARMAN TURNER GORDON LLP | WIGGAM & GEER |
|---|---|
| By: */s/ William M. Noall*<br>    WILLIAM M. NOALL, ESQ.<br>    GABRIELLE A. HAMM, ESQ.<br>    650 White Drive, Suite 100<br>    Las Vegas, Nevada 89119<br><br>*Attorneys for Debtor National Merchandising Services, LLC* | By: */s/ Will B. Greer*<br>    WILL B. GREER, ESQ. (PRO HAC VICE)<br>    50 Hunt Plaza, SE, Suite 1245<br>    Atlanta, Georgia 30303<br><br>and<br><br>ANDERSEN LAW FIRM, LTD.<br>    RYAN ANDERSEN, ESQ.<br>    101 Convention Center Drive, Ste. 600<br>    Las Vegas, Nevada 89101<br><br>*Attorneys for Edward Burdekin and National Store Retail Services, LLC* |

4814-4906-5134, v. 2

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000