_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 17, 2019

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail:  wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail:  ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-19-15172-ABL |
|---|---|
| NATIONAL MERCHANDISING SERVICES, LLC | Chapter 11 |
| | Jointly administered with: |
| ☐ Affects this Debtor. | Edward Steven Burdekin, Case No. BK-19-15175-ABL; and |
| ☒ Affects all Debtors. | National Store Retail Services, LLC, Case No. BK-19-15174-ABL |
| ☐ Affects Edward Steven Burdekin. | Date:  N/A<br>Time:  N/A |
| ☐ Affects National Store Retail Services, LLC. | Place:  300 Las Vegas Blvd.<br>Las Vegas, NV<br>Courtroom 1 |

**ORDER APPROVING STIPULATION TO EXTEND TIME TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASE**

National Merchandising Services, LLC ("NMS"), by and through their counsel, the law

firm of Garman Turner Gordon LLP, and Edward Steven Burdekin ("Burdekin") and National Store Retail Services, LLC ("NSRS"), by and through their undersigned counsel, having filed their *Stipulation to Extend Time to Assume or Reject Nonresidential Real Property Lease* (the "Stipulation")[1]; the Court having reviewed and considered the Stipulation, as good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Deadline for NMS and NSRS to assume or reject the Lease pursuant to 11 U.S.C. § 365 is extended to the sooner to occur of confirmation of a plan of reorganization in the Chapter 11 Cases or March 9, 2020.

**IT IS SO ORDERED.**

| GARMAN TURNER GORDON LLP | WIGGAM & GEER |
|---|---|
| By: */s/ William M. Noall*<br>　　WILLIAM M. NOALL, ESQ.<br>　　GABRIELLE A. HAMM, ESQ.<br>　　650 White Drive, Suite 100<br>　　Las Vegas, Nevada 89119<br>　*Attorneys for Debtor National*<br>　*Merchandising Services, LLC* | By: */s/ Will B. Geer*<br>　　WILL B. GEER, ESQ. (PRO HAC VICE)<br>　　50 Hunt Plaza, SE, Suite 1245<br>　　Atlanta, Georgia 30303<br><br>and<br><br>ANDERSEN LAW FIRM, LTD.<br>　RYAN ANDERSEN, ESQ.<br>　101 Convention Center Drive, Ste. 600<br>　Las Vegas, Nevada 89101<br><br>　*Attorneys for Edward Burdekin and National*<br>　*Store Retail Services, LLC* |

4831-3746-9614, v. 2

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation.