**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 5465
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for DRC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>NATIONAL MERCHANDISING SERVICES, LLC<br><br>☐ Affects this Debtor.<br><br>☒ Affects all Debtors.<br><br>☐ Affects Edward Steven Burdekin.<br><br>☐ Affects National Store Retail Services, LLC. | Case No.: BK-19-15172-ABL<br>Chapter 11<br><br>Jointly administered with:<br><br>Edward Steven Burdekin,<br>    Case No. BK-19-15175-ABL; and<br><br>National Store Retail Services, LLC,<br>    Case No. BK-19-15174-ABL<br><br>**NOTICE OF HEARING ON MOTION OF DONLIN, RECANO & COMPANY, INC. FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**<br><br>Hearing Date: December 16, 2020<br>Hearing Time: 1:30 p.m. |
|---|---|

TO:  ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that on November 13, 2020, the Claims and Noticing Agent for the above captioned debtors, Donlin, Recano & Company, Inc. ("DRC"), by and through its counsel, the law firm of Carlyon Cica Chtd., filed its *Motion of Donlin, Recano, & Company, Inc. for Payment of Administrative Expense Claim* [Docket No. 150] (the "Motion"). The Motion seeks payment of the amount of $16,833.85.

A copy of the Motion may be obtained from DRC's counsel at the contact information appearing on the top corner of this page or may be viewed at the office of the bankruptcy clerk, 300 Las Vegas Blvd., Las Vegas, NV 89101.

The hearing will be held on the **December 16, 2020 at 1:30 p.m.** before a United States

Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief must be filed and served pursuant to Local Rule 9014(d)(1), which provides:

> . . . [a]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

DATED this 13th day of November.     **CARLYON CICA, CHTD.**

/s/ Tracy M. O'Steen, Esq.
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for DRC*